HYMAN MARKS, Respondent, v. LEO HARF et al., Appellants.—

No opinion.

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

MIDVALE REALTY CORPORATION, Appellant, v. HARRY SILBERSTEIN et al., Respondents. HARRY SILBERSTEIN, Respondent, v. MIDVALE REALTY CORPORATION, Appellant, et al., Defendants.—

No opinion.

Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

WILLIAM A. MONTGOMERY, Respondent, v. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

JOSEPH PETCHESKY, Appellant, v. BROOKLYN TERMINAL MARKET ASSOCIATION, Respondent.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.—

No opinion.

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.